AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of NEW JERSEY

CHRISTINA JOHNSON, On Behalf of
Herself and All Others Similarly
Situated,
V.

MENU FOODS, INC., and DOES 1
through 99,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV1610(NLH)

TO: (Name and address of Defendant)

Menu Foods, Inc.
c/o Registered Agent
Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628-0000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James C. Shah
Shepherd, Finkelman, Miller & Shah, LLC
475 White Horse Pike
Collingswood, NJ 08101

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

CLERK

(By) DEPUTY CLERK

DATE 4/10/07